UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

United States Of America,

 Plaintiff and
 Judgment Creditor,

v.

ERNEST BLACK

 Defendant and
 Judgment Debtor,
and

Housing Authority of Baltimore City
Attn: Payroll Supervisor
Payroll Department
417 East Fayette Street, Room 201
Baltimore, Maryland 21202,

 Garnishee.

Civil No. CCB-97-3869

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $17,058.36, plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Answer of the Garnishee was filed on May 3, 2002 reflecting that Defendant and Judgment Debtor is employed by the garnishee and stating his bi-weekly wage. The Garnishee further indicated in the Answer of the Garnishee that there is no previous garnishments.

On or about March 20, 2002, the Defendant and Judgment Debtor was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u> due to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court.

5/28/02
Date

_____
United States District Judge